DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DELMAR LOPEZ**, individually and on behalf of his minor child, W.L.,
and **MAR-MAK COLONY MOBILE HOME PARK,**
Appellants,

v.

**JURI GALICIA,** as Personal Representative of the Estate of **BANNY Y.
GALICIA,** deceased, **DOMINGO GALICIA,** individually, **FLYERS, INC.,
LISA TROPEPE,** as Personal Representative of the Estate of **KEMP
DANIEL SHALLOWAY,** deceased, **REARDEN STEEL, LLC, GALT'S
GULCH, LLC, TRIPLE F ENTERTAINMENT, LLC, AVCO
CORPORATION,** and **MICHAEL SCOTT REIMAN,**
Appellees.

No. 4D22-779

[June 8, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Donald W. Hafele, Judge; L.T. Case Nos. 502016CA000198
and 502016CA007044.

Christina H. Martinez of Podhurst Orseck, P.A., Miami, for appellants.

Sarah Lahlou-Amine, Petra L. Justice, and John P. O'Flanagan of
Banker Lopez Gassler, P.A., Tampa, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***